UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ANGELA FAN, | ) | Case No.: C 10-0879 PVT |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |
| v. | ) | |
| | ) | |
| SUPERIOR COURT OF SANTA CLARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 1, 2010, Plaintiff filed an Application to Proceed *In Forma Pauperis*. Based on the application and the file herein,

IT IS HEREBY ORDERED that, no later than April 2, 2010, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the court's website at www.cand.uscourts.gov in the Forms (Civil) section. Absent consent, a Magistrate Judge is not authorized to rule on certain matters, such as requests to proceed *in forma pauperis*. *See* 28 U.S.C. § 636(c)(1); *see also, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988). After receipt of whichever form Plaintiff chooses to file, the appropriate judge will rule on the pending application..

Dated: *3/8/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

copies mailed on _____3/8/10_____ to:

Angela Fan
Post office Box 2226
San Jose, CA 95109

                            _/s/ Donna Kirchner        for_
                            CORINNE LEW
                            Courtroom Deputy