UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELA FAN,<br><br>     Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF SANTA CLARA, et al.,<br><br>     Defendants. | Case No.: C 10-0879 PVT<br><br>**ORDER G**RANTING **P**LAINTIFF'S **R**EQUEST TO **C**ONTINUE **C**ASE **M**ANAGEMENT **C**ONFERENCE |

On November 23, 2010 Plaintiff filed a Case Management Conference Statement in which she requests a continuance of the Case Management Conference pending her submission of an amended complaint pursuant to this court's order dated November 15, 2010.  Based on Plaintiff's request and the file herein,

IT IS HEREBY ORDERED that Plaintiff's request is GRANTED.  The Case Management Conference is CONTINUED to January 11, 2010 at 2:00 p.m.

Dated: *11/29/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

copies mailed on    *11/29/10*        to:

Angela Fan
Post office Box 2226
San Jose, CA 95109

                                   */s/   Donna Kirchner    for*
                                   OSCAR RIVERA
                                   Courtroom Deputy